UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GAMBARDELLA | : | |
| v. | : | NO. 3:01cv1827(JBA) |
| PENTEC, INC., ET AL | : | |

FILED
Nov 12  4 35 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## ENDORSEMENT ORDER [DOC. #57, #29] & ORDER OF REFERRAL TO ARBITRATOR

Defendants move pursuant to Fed. R. Civ. P. 60(b) for the Court to vacate its prior ruling on defendants' motion to compel arbitration, see Gambardella v. Pentec, Inc., 218 F.Supp. 2d 237 (D. Conn. 2002), to appoint an arbitrator pursuant to 9 U.S.C. § 5, and to dismiss the pending action. In a decision on August 26, 2003, the Court granted leave for the defendants to file a Rule 60(b) motion, and, because the earlier ruling was on appeal, stated its inclination to grant defendants' request for relief should the Court of Appeals return jurisdiction over this matter to this Court, see Gambardella v. Pentec, Inc., 2003 WL 22119182 (D. Conn. 2003). By stipulation filed with the Court of Appeals on September 19, 2003, the parties agreed to the remand of ths case, and on September 19, 2003 the Court of Appeals issued a mandate returning jurisdiction over the case to this Court. See [doc. #58].

1

For the reasons discussed in its August 26, 2003 ruling, <u>see</u> <u>Gambardella v. Pentec, Inc.</u>, 2003 WL 22119182 (D. Conn. 2003), the Defendants' Rule 60(b) Motion for Relief [doc. #57] is GRANTED. The Court hereby VACATES its ruling of July 11, 2003 [doc. #29] denying Defendants' Motion to Dismiss and denying Defendants' Motion for an Order to Compel Arbitration.

The Court orders arbitration in this case, and appoints Attorney Joseph D. Garrison, 405 Orange Street, New Haven, Connecticut 06511 (203-777-4425) as an arbitrator pursuant to 9 U.S.C. § 5.

The case is hereby DISMISSED and the Clerk is directed to close this case.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: November 12, 2003**