## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ROSSI GAMBARDELLA

           V.             CIVIL NO. 3:01CV 1827 (JBA)

PENTEC, INC.
MICHAEL VARRENGIA
MICHAEL CALLAHAN
SHEILA EVON

## JUDGMENT

    This matter came on for consideration on defendants' motion for relief pursuant to FRCP 60(b) before the Honorable Janet Bond Arterton, United States District Judge.

    On November 12, 2003, an endorsement order entered granting the relief, appointing attorney Joseph D. Garrison as arbitrator pursuant to 9 U.S.C. § 5 and dismissing the case.

    Therefore, it is hereby **ORDERED** and **ADJUDGED** that judgment is entered dismissing the case and ordering arbitration in this case.

    Dated at New Haven, Connecticut this 19th day of November, 2003.

                              KEVIN F. ROWE, CLERK

                              BY_____
                                  Betty J. Torday
                                  Deputy Clerk

EOD_____